# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| WILLIAM C. ODOM | |
| PLAINTIFF, | CIVIL ACTION FILE |
| vs. | NO. 3:11-CV-0189-TCB |
| UNITED STATES OF AMERICA, | |
| DEFENDANT | |

## AMENDED JUDGMENT

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for a non-jury trial, and the issues having been tried and a decision having been rendered, it is hereby,

**Ordered and Adjudged** that the plaintiff, William C. Odom recover from the defendant United States of America an amended judgment amount of $1,876,976.51.

Dated at Newnan, Georgia, this 1st day of May, 2015.

JAMES N. HATTEN
CLERK OF COURT

s/Robin Harlan
By: _____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 1, 2015
James N. Hatten
Clerk of Court

By: _s/Robin Harlan_____
Deputy Clerk